No. 1307. EL PUEBLO, APELADO, *v.* GARCÍA, APELANTE.— Acometimiento y agresión con circunstancias agravantes.

San Juan, Sección 2ª.   Noviembre 21, 1918.   *Confirmada la sentencia apelada.*